# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Misti Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Colter Energy Services USA, Inc., ) | Case No. 1:18-cv-036 |
| ) | |
| Defendant. ) | |

On February 22, 2019, the Defendant filed Notice of Substitution of Counsel. (Doc. No. 19).

Accordingly, attorney Diana C. Fields shall be substituted as counsel of record for the Defendant.

Attorneys Brett M. Wendt and Jeffrey H. McClelland are authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
