# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Misti Williams, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATED MOTION** |
| | ) | **TO AMEND SCHEDULING ORDER AND** |
| vs. | ) | **FOR CONTINUANCE OF TRIAL** |
| | ) | |
| Colter Energy Services USA, Inc., | ) | Case No. 1:18-cv-036 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Stipulated Motion to Amend Scheduling Order and for Continuance of Trial Date" filed by the parties on February 21, 2019. The court **ADOPTS** the parties stipulation (Doc. No. 18). The pretrial deadlines shall be amended as follows:

1. The parties shall have until July 1, 2019, to complete fact discovery and file discovery motions.

2. The parties shall provide names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff's expert disclosures by July 30, 2019.

    b. Defendant's expert disclosures by August 30, 2019.

    (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records. Reports to be served on other parties, but not filed with the court).

3. The parties shall have until 60 days before trial to complete discovery depositions of expert witnesses.

4. The parties shall have until September 30, 2019, to file dispositive motions

1

(summary judgment as to all or part of the case).

The final pretrial conference set for December 3, 2019, shall be rescheduled for April 8, 2020, at 2:00 p.m. by telephone. The court shall initiate the conference call. The jury trial scheduled for December 17, 2019, shall be rescheduled for April 20, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland (courtroom #1) . A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
