# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Misti Williams, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Colter Energy Services USA, Inc., | ) | |
| | ) | Case No. 1:18-cv-036 |
| Defendant. | ) | |

On May 24, 2019, the parties filed a Stipulated Motion for a Stay of Proceedings to Participate in Mediation. The court **GRANTS** parties' stipulation motion (Doc. No. 22). The above-captioned action shall be stayed pending further order of the court. The parties should contact the Magistrate Judge to schedule a settlement conference.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2019.

>                       */s/ Clare R. Hochhalter*
>                      Clare R. Hochhalter, Magistrate Judge
>                      United States District Court